properly appealable by the claimant to a Court of Common Pleas.

Judgment affirmed.

Taft, C. J., Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

38668. Lorenza Crabtree, appellee v. James L. Young, Admr., Bureau of Workmen's Compensation, et al., appellants. Pike County. Appeal from the Court of Appeals. Judgment affirmed. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

39253. Elvira Stepp, appellant v. Pilorusso Construction, Inc., et al., appellees. Mahoning County. Appeal from the Court of Appeals. Dismissed, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and McLaughlin, J., concur.

Announced Wednesday, February 17

38688. Crabtree, appellee v. Young, Admr., Bureau of Workmen's Compensation, et al., appellants.

Zimmerman, Judge.

Where a workmen's compensation claimant is denied the right by order of the Administrator of the Bureau of Workmen's Compensation under Section 4123.75, Revised Code, to participate in the State Insurance Fund for the reason that the one who engaged claimant's services did not have three or more workmen regularly in his employ, and such order is affirmed on appeal by a Regional Board of Review, with further appeal refused by the Industrial Commission, a decision results within the provisions and purview of applicable Section 4123.51.9, Revised Code, and is

39208. James Ink et al., appellants v. City of Canton et al., appellees. Stark County. To dismiss appeal as of right. Overruled. To certify record. Allowed.

39253. Elvira Stepp, appellant v. Pilorusso Construction, Inc., et al., appellees. Mahoning County. To dismiss appeal as of right. Sustained. To certify record. Overruled.

39295. Hudson Distributors, Inc., appellee v. Eli Lilly & Co., appellant. Cuyahoga County. Dismissed on application of appellant.